**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* ______________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Diversified Botanics, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FKA MIT45, Inc.**<br>**FKA SSV, LLC**<br>**DBA South Sea Ventures**<br>**DBA South Sea Ventures, LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-5361813** |
| 4. | **Debtor's address** | **Principal place of business**<br>**12248 S. Lone Peak Parkway, Suite 106**<br>**Draper, UT 84020**<br>Number, Street, City, State & ZIP Code<br>**Salt Lake**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**12248 S. Lone Peak Parkway, Suite 106 Draper, UT 84020**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **diversifiedbotanics.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Diversified Botanics, Inc.** Case number (*if known*) ____________
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**4561**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District ____________ When ____________ Case number ____________
District ____________ When ____________ Case number ____________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **Diversified Botanics, Inc.** Case number (*if known*)
Name

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Diversified Botanics, Inc.**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/07/2026
MM / DD / YYYY

**X** */s/ Ryan Niddel*
Signature of authorized representative of debtor

**Ryan Niddel**
Printed name

Title **Chief Executive Officer**

**18. Signature of attorney**

**X** */s/ R. Grant Dick IV*
Signature of attorney for debtor

Date 10/07/2026
MM / DD / YYYY

**R. Grant Dick IV**
Printed name

**Cooch and Taylor P.A.**
Firm name

**1000 N. West St.**
**Suite 1500**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone **302-984-3867** Email address **gdick@coochtaylor.com**

**5123 DE**
Bar number and State

**ACTION BY WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF DIVERSIFIED BOTANICS, INC.**

**September 30, 2026**

The undersigned, being the members of the board of directors (the "Board") of DIVERSIFIED BOTANICS, INC., a Delaware corporation (the "Company") does hereby consent to the adoption of the following resolutions in accordance with its certificate of incorporation and Delaware General Corporation Law:

**WHEREAS,** the Board has considered the financial and operational aspects of the Company's business;

**WHEREAS,** the Board has reviewed the historical performance of the Company, the Company's current and anticipated cash flows, and the current and long-term liabilities of the Company;

**WHEREAS,** the Board has reviewed the materials presented to it by the management of and the advisors to the Company regarding the possible need to undertake a financial and operational restructuring of the Company;

**WHEREAS,** the Board has considered the costs and benefits of the financial and strategic alternatives reasonably available to the Company, including those available on a consensual basis with the principal stakeholders of the Company, and the impact of the foregoing on the Company's business and its stakeholders; and

**NOW, THEREFORE, BE IT RESOLVED,** that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for District of Delaware (the "Bankruptcy Court") and the Debtor has elected to proceed as a debtor under Chapter 11;

**RESOLVED, FURTHER,** that Ryan Niddle, the Chief Executive Officer of the Company (an "Authorized Officer"), on behalf of the Company, is hereby authorized, empowered and directed to take any and all actions, to execute, deliver, certify, file and/or record and perform all petitions, schedules, lists, and any and all other documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by the Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case, including, but not limited to the development, filing and prosecution to confirmation of a chapter 11 plan and related disclosure statement and to take and perform any and all further actions and steps that the Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

**RESOLVED, FURTHER,** that the Authorized Officer, on behalf of the Company, is hereby authorized, empowered and directed to retain the law firm of Foley & Lardner LLP ("Foley") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officer is authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Foley;

**RESOLVED, FURTHER,** that the Authorized Officer, on behalf of the Company, is hereby authorized, empowered and directed to retain the law firm of Cooch and Taylor ("Cooch") as local bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officer is authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Cooch;

**RESOLVED, FURTHER,** that the Authorized Officer, on behalf of the Company, is hereby authorized, empowered and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

**RESOLVED, FURTHER,** that in connection with the commencement or continuation of the chapter 11 case by the Company, the Authorized Officer, on behalf of the Company, is hereby authorized, empowered and directed on behalf of, and in the name of, the Company to negotiate, execute and deliver a cash collateral, debtor-in-possession financing or other financing arrangement and the related guarantees thereto (including, in connection therewith, such notes, security agreements and other agreements or instruments as such officers consider appropriate) on the terms and conditions such officer or officers executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company;

**RESOLVED, FURTHER,** that any and all actions heretofore taken by the Board or the Authorized Officer in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects; and.

**RESOLVED, FURTHER,** that this Written Consent may be executed by facsimile signature or other electronic transmission (including by .pdf, .tif or similar format) and that such facsimile signature or electronic transmission shall have the same effect as original signatures personally delivered.

**IN WITNESS WHEREOF**, each of the undersigned has executed this Written Consent as of the date first written above.

Diversified Botanics, Inc.

Signed by:
Ryan Niddel
FCE02CEA16D84FC...
Ryan Niddel

Signed by:
Robert Shawn Brady
E8EF2A2165EF4B9...
Robert Shawn Brady

Signed by:
4E8A16024EF64FE...
Adam Dalton Locke

# United States Bankruptcy Court
## District of Delaware

In re **Diversified Botanics, Inc.** Debtor(s)

Case No. __________
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Diversified Botanics, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Diversified Botanics Holdings, Inc.**
**12248 S. Lone Peak Parkway, Ste. 106**
**Draper, UT 84020**

☐ None [*Check if applicable*]

10/07/2026
Date

*/s/ R. Grant Dick IV*
**R. Grant Dick IV**
Signature of Attorney or Litigant
Counsel for **Diversified Botanics, Inc.**

**Cooch and Taylor P.A.**
**1000 N. West St., Suite 1500**
**Wilmington, DE 19801**
**302-984-3867 Fax:302-984-3939**
**gdick@coochtaylor.com**

# United States Bankruptcy Court
## District of Delaware

In re **Diversified Botanics, Inc.** Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Diversified Botanics Holdings, Inc.**<br>**12248 S. Lone Peak Parkway, Ste. 106**<br>**Draper, UT 84020** | | | **100% Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date 10/07/2026

Signature */s/ Ryan Niddel*
**Ryan Niddel**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| Fill in this information to identify the case: |
|---|
| Debtor name Diversified Botanics, Inc. |
| United States Bankruptcy Court for the: District of Delaware (State) |
| Case number (If known): |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Department of Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0012 | General IRS Business<br>phone: 800-829-4933<br>bankruptcy / Insolvency<br>phone: 800-973-0424 | Federal Taxes | | | | $2,513,947.20 |
| 2 | Price Lone Peak Business Park West, LLC<br>230 East South Temple<br>Salt Lake City, UT 84111 | Amy Billings- Controller Price Real Estate; Tom Klc, CFO<br>abillings@pricere.com;<br>tklc@pricere.com 801-478-8000 x104<br>(Billings) 801-419-6165 KLC Cell | Unpaid Rent | Disputed | | | $984,738.12 |
| 3 | Venable LLP<br>1144 15th St., Ste. 3600<br>Denver, CO 80202 | Matthew W.J. Webb -lead attorney<br>Cristin L. Fasciano, Accounts Payable<br>410-528-4647 (Webb)<br>mwwebb@venable.com<br>clfasciano@venable.com | Legal Services | | | | $739,009.56 |
| 4 | BTM LLC<br>7855 Glenmore Drive<br>Powell, OH 43065 | Ryan Niddel<br>ryan@ryanniddel.com<br>419-631-1270 | Trade Debt | | | | $743,332.00 |
| 5 | The Gibson Law Firm<br>3450 Triumph Blvd., Ste. 102<br>Lehi, UT 84043 | Casey Gibson, Attorney<br>cgibson@jaglawfirm.com<br>713-650-1010 | Legal Services | | | | $490,000.00 |
| 6 | Georgia Department of Revenue<br>2595 Century Parkway NE<br>Suite 331<br>Atlanta, GA 30345-3173 | 404-417-6543<br>bankruptcy@dor.ga.gov<br>headquarters number is<br>404-417-2100 | State Taxes | | | | $468,995.31 |
| 7 | Utah State Tax Commission<br>210 North 1950 West Salt<br>Lake City, UT 84134 | 801-297-2200<br>Toll-free: 800-662-4335<br>taxmaster@utah.gov 801-297-6219<br>Toll-free: 800-662-4335, ext. 6219 | State Taxes | | | | $306,698.21 |
| 8 | Alfa Laval Inc.<br>5400 International Trade Dr.<br>Richmond, VA 23231 | Chris Woodford, billing<br>804-236-3114<br>Christopher.Woodford@alfalaval.com | Trade Debt | | | | $283,008.00 |

Debtor Diversified Botanics, Inc. Case number (if known)
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | ARA Inc. - A&A Staffing Solutions Inc. 709 N. 1200 W. Orem, UT 84057 | Alex A. Morales; counsel D. Scott Crook, Crook Legal Group 801-839-7905 (Crook Legal) alexm@aamoralescorp.us; joseph@crooklegal.com (paralegal) | Staffing | | | | $179,252.08 |
| 10 | Duane Morris LLP 230 Park Avenue New York, NY 10017 | Courtney L. Baird, Partner; Monte Lucious, Collections Coordinator 619.744.2285 (Baird); 215.979.1483 (Lucious) CLBaird@duanemorris.com; MLucious@duanemorris.com | Legal Services | | | | $166,627.59 |
| 11 | Specialist Staffing Solutions, Inc. 222 W. Adams St., Ste. 2450 Chicago, IL 60606 | Samantha Cole Vinsant, Esq., Adams, Evens & Ross (collection agency) 404-480-9158 Samantha@aercollections.com | Staffing | | | | $160,627.76 |
| 12 | ShipPlug c/o Martinez-Cid Law 2525 Ponce de Leon Blvd., 7th Fl Miami, FL 33134 | Jordi C. Martinez-Cid 305-998-3093 contact@martinez-cidlaw.com | Settlement | | | | $140,701.43 |
| 13 | Parsons Behle & Latimer 201 South Main St., Ste. 1800 Salt Lake City, UT 84111 | Pat Neville, PNeville@parsonsbehle.com 801-536-6844 Erik A. Christiansen, Shareholder; Karen Rubino, billing 801.536.6719 (Christiansen); 801.536.6624 (Rubino) EChristiansen@parsonsbehle.com; KRubino@parsonsbehle.com | Legal Services | | | | $134,522.70 |
| 14 | Comcast Business Attn: Legal Dept 1701 John F. Kennedy Blvd. Philadelphia, PA 19103-2838 | Joseph Elshaer Enterprise Account Executive 703-423-9668 | Trade Debt | disputed | | | $130,165.78 |
| 15 | UPS 55 Glenlake Parkway NE Atlanta, GA 30328 | Corporate Headquarters: 404-828-6000 United Parcel Service, Inc. Customer Service: 800-742-5877 (1-800-PICK-UPS) Elliott Report Customer Relations email: customerrelations@ups.com | Trade Debt | | | | $109,954.72 |
| 16 | DropperBottles.com 3101 Technology Dr. #135 Plano, TX 75074 | Ben Ganter, owner ben@dropperbottles.com | Trade Debt | | | | $104,174.85 |
| 17 | Germer PLLC 550 Fannin St. #400 Beaumont, TX 77701 | Gregg R. Brown Principal; Molly Leighton, billing (Brown) 512-482-3500 512.472.0288 (Leighton) gbrown@germer-austin.com; mleighton@germer-austin.com | Trade Debt | | | | $86,129.42 |
| 18 | Robert Half 2884 Sand Hill Rd., Ste. 200 Menlo Park, CA 94025 | Preston Johnson Preston.Johnson@roberthalf.com | Staffing | | | | $80,920.11 |
| 19 | Dermapro Holdings LLC 509 S. 21st Ave, Ste. 103 Hollywood, FL 33020 | Jamie (James) Pollina 786-559-5322 jamie.pollina@gmail.com | Trade Debt | | | | $80,000.00 |
| 20 | Acosta 6651 Gate Pkwy, Ste. 1 Jacksonville, FL 32256 | Bill Kuljam, SVP Urban Retail 949-973-3840 WKuljam@acosta.com | Trade Debt | | | | $77,500.00 |

**Fill in this information to identify the case:**

Debtor name **Diversified Botanics, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) ______________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the* 20 *Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration **Corporate Ownership Statement and List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/07/2026

X */s/ Ryan Niddel*
Signature of individual signing on behalf of debtor

**Ryan Niddel**
Printed name

**Chief Executive Officer**
Position or relationship to debtor