STRETTO

# Creditor Matrix

as of October 12, 2026

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 1 Oak Wholesale | | 91 N Mitchell Ct | | Addison | IL | 60101 | |
| 3rd Eye Vapor | | 3102 Main Ave #16 | | Durango | CO | 81301 | |
| 777 Highway LLC | | 221 N 3rd St 162 | | Burbank | CA | 91502 | |
| A&L Wholesale | dba LV Cash 'N Carry | No Address on File | | | | | |
| Aaron Carroll | | No Address on File | | | | | |
| Absolute Janitorial Services LLC | | 1020 N Bloomington St. | | Lowell | AR | 72745 | |
| Acosta | | 7608 Apple Tree Circle | | Orlando | FL | 32819 | |
| Acosta | Attn: Bill Kuljam | 6651 Gate Pkwy, Ste. 1 | | Jacksonville | FL | 32256 | |
| Activated Scale Inc. | | 2544 Wellington Court | | Evanston | IL | 60201 | |
| Ajay Srivastave | | 1330 Canterwood Circle | | Sandy | UT | 84093 | |
| Alaska Department of Revenue | | PO Box 110400 | | Juneau | AK | 99811-0400 | |
| Alaska Office of the Attorney General | | 1031 W 4th Ave, Suite 200 | | Anchorage | AK | 99501 | |
| Alfa Laval Inc. | Attn: Chris Woodford | 5400 International Trade Dr. | | Richmond | VA | 23231 | |
| Allergan, Inc. | Attn: Susan J. Hinchey | 2525 Dupont Drive | | Irvine | CA | 92612 | |
| Alpine Armstrong | | 4170 Lafayette Center Drive | | Chantilly | VA | 20151 | |
| Analytical Resource Laboratories | | 520 S 850 E, Ste. B3 | | Lehi | UT | 84043 | |
| Annbiz LLC | | 4200 Steve Reynolds Blvd, Ste. 11 | | Norcross | GA | 30093 | |
| ARA Inc. - A&A Staffing Solutions Inc. | c/o Crook Legal Group | Attn: Alex A. Morales, D. Scott Crook | 709 N. 1200 W. | Orem | UT | 84057 | |
| Arizona Department of Revenue | | PO Box 29085 | | Phoenix | AZ | 85038 | |
| Arizona Office of the Attorney General | | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| AT&T | | PO Box 5014 | | Carol Stream | IL | 60197-5014 | |
| Avalara Tax | | 906 Alaskan Way, Ste. 500 | | Seattle | WA | 98104 | |
| AZ Utah ITX Partners LLC | | 5112 N 40th St. #105 | | Phoenix | AZ | 85018 | |
| Baker Tilly Advisory Group, LP | | 4807 Innovate Lane | | Madison | WI | 53718 | |
| BellaTRX | | 20655 Industriel Blvd. | | Ste-Anne-de-Bellevue | QC | H9X 4B2 | Canada |
| BevTalk Distributing LLC | | 1100 25th Street | | Lakefield | MN | 56150 | |
| Bid-On Equipment | | 2854 Corporate Pkwy | | Algonquin | IL | 60102 | |
| BlendPack Innovation LLC | | 271 S American Way Unit 2 | | Payson | UT | 84651 | |
| Boren Bros Waste Management LLC | | 808 Rhoads Avenue | | Columbus | OH | 43205 | |
| Bory Industrial Group (Shanghai Target) | | 400 S El Camino | | San Mateo | CA | 94402 | |
| BotanaWay, Inc. | | 12820 West Creek Pkwy Ste. C | | Henrico | VA | 23238-1111 | |
| Botanica Tiger LLC | | 3412 Monroe Rd. Ste. J | | Charlotte | NC | 28205 | |
| Brady Plus dba Brady Industries | | 7055 S. Lindell Road | | Las Vegas | NV | 89113 | |
| Brandon Mandy Terry | c/o Cox P.L.L.C. | Attn: Dennis C. Postglione | 8144 Walnut Hill Ln., Ste. 1090 | Dallas | TX | 75231 | |
| Brent Terry | c/o Cox P.L.L.C. | Attn: Dennis C. Postglione | 8144 Walnut Hill Ln., Ste. 1090 | Dallas | TX | 75231 | |
| Brian Russell | c/o THE702FIRM | Attn: Bradley J. Myers | 400 South Seventh St, 4th Fl | Las Vegas | NV | 89101 | |
| Bright Side Distributing | | 12402 SE Jennifer St. #160 | | Clackamas | OR | 97015 | |
| Brightfield Group LLC | | 318 W Adams St, #200C | | Chicago | IL | 60606 | |
| BTM LLC | | 300 Davis Rd. | | Marysville | MI | 48040 | |
| BTM LLC | Attn: Ryan Niddel | 7855 Glenmore Drive | | Powell | OH | 43065 | |
| Buffo's Termite & Pest Control | | 155 S. Freedom Blvd. | | Provo | UT | 84601 | |
| Calibration Solutions Inc. | | 615 W 9400 S #116 | | Sandy | UT | 84070 | |
| California Department of Tax and Fee Administration | | PO Box 942879 | | Sacramento | CA | 94279 | |
| California Office of the Attorney General | | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| Cambium Analytica | | 1230 Woodmere Ave | | Traverse City | MI | 49686 | |
| CapPlus Technologies, Inc. | | 905 E. Saller Drive | | Phoenix | AZ | 85024 | |
| Cintas Corporation | | 6800 Cintas Blvd. | | Cincinnati | OH | 45262 | |
| ClickUp | | 350 Tenth Avenue, Ste. 500 | | San Diego | CA | 92101 | |
| Cloverleaf | | 310 Culvert St, Ste. 301 | | Cincinnati | OH | 45202 | |
| Colorado Department of Revenue | Taxation Division | 1375 Sherman St. | | Denver | CO | 80203 | |
| Colorado Office of the Attorney General | | 1300 Broadway, 10th Floor | Ralph L. Carr Judicial Building | Denver | CO | 80203 | |
| Comcast Business | Attn: Joseph Elshaer | 1701 John F. Kennedy Blvd. | | Philadelphia | PA | 19103-2838 | |
| Comptroller of Maryland | Revenue Admin. Division | 110 Carroll Street | | Annapolis | MD | 21411-0001 | |
| Connecticut Department of Revenue Services | | 450 Columbus Blvd., Ste 1 | | Hartford | CT | 06103 | |
| Corporate Traditions, Inc. | | 412 W Rivers Edge Dr, Ste. 63 | | Provo | UT | 84604 | |
| Creed Construction | | 3782 W 2340 S Suite C | | Salt Lake City | UT | 84120 | |
| CT Corporation | | 1108 South Union Ave | | Midvale | UT | 84047 | |
| CT Corporation System as Representative | | 208 S. LaSalle St., Ste. 814 | | Chicago | IL | 60604 | |

STRETTO

## Creditor Matrix

as of October 12, 2026

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Cyber Advisors | | 7550 Meridian Circle #100 | | Maple Grove | MN | 55369 | |
| David Grant | | 12365 235th Avenue | | Big Rapids | MI | 49307 | |
| Davidson Law Group | | 400 Park Granada Blvd., Ste. 202 | | Calabasas | CA | 91302 | |
| Decile LLC | | 1812 North Moore Street, Floor 21 | | Arlington | VA | 22209 | |
| Definite | | 3 Germany Drive, Unit 4, Ste. 2210 | | Wilmington | DE | 19804 | |
| Deitz Co. Inc. | | 1750 Hwy 34 | | Belmar | NJ | 07719 | |
| Delaware Department of Justice | | 820 N French St | Carvel State Office Building | Wilmington | DE | 19801 | |
| Delaware Division of Revenue | | 820 N. French Street | | Wilmington | DE | 19801 | |
| Delaware Secretary of State | Delaware Division of Corporations | PO Box 898 | | Dover | DE | 19903 | |
| Delaware State Treasury | | 820 Silver Lake Blvd., Ste. 100 | | Dover | DE | 19904 | |
| Department of Treasury | Attn: General IRS Business | Internal Revenue Service | | Ogden | UT | 84201-0012 | |
| Dermapro Holdings LLC | | 8 the Green Ste. A | | Dover | DE | 19901 | |
| Dermapro Holdings LLC | Attn: Jamie Pollina | 509 S. 21st Ave, Ste. 103 | | Hollywood | FL | 33020 | |
| District of Columbia Office of Tax and Revenue | | 1101 4th St. SW # 270 | | Washington | DC | 20024 | |
| District of Columbia Office of the Attorney General | | 441 4th St NW, Suite 1100 | | Washington | DC | 20001 | |
| Diversified Botanics, Inc. | | 12248 S. Lone Peak Parkway, Suite 106 | | Draper | UT | 84020 | |
| Diversified Botanics, Inc. | c/o Cooch and Taylor P.A. | Attn: R. Grant Dick IV | 1000 N West Street, Suite 1500 | Wilmington | DE | 19801 | |
| Diversified Botanics, Inc. | c/o Foley & Lardner LLP | Attn: Ellen E. Ostrow | 95 S State Street, Suite 2500 | Salt Lake City | UT | 84111 | |
| Diversified Botanics, Inc. | c/o Foley & Lardner LLP | Attn: Mark L. Radtke | 321 North Clark Street, Suite 3000 | Chicago | IL | 60654 | |
| Diversified Landscape Solutions, LLC | | 104 Nether Ln | | Moore | SC | 29369 | |
| Donut Press Media | | 11252 Mesa Verde Dr | | Austin | TX | 78737 | |
| DropperBottles.com | Attn: Ben Ganter | 3101 Technology Dr. #135 | | Plano | TX | 75074 | |
| Duane Morris LLP | Attn: Courtney L. Baird, Monte Lucious | 230 Park Ave | | New York | NY | 10017 | |
| Edge Utilities | | 642 Bear Run Lane | | Lewis Center | OH | 43035 | |
| Element 119 LLC dba System X Ceramic | | 296 Reynolds Bridge Rd | | Thomaston | CT | 06787 | |
| Elite Warehouse Supply, LLC | | 14901 S Heritage Crest Way, Ste. A | | Riverton | UT | 84065 | |
| Ellen E. Ostrow | | 95 S State Street, Suite 2500 | | Salt Lake City | UT | 84111 | |
| Emerging Brand MGT Group | | 3009 Crystal Beach Rd | | Winter Haven | FL | 33880 | |
| Enbridge Gas | | PO Box 2920 | | Phoenix | AZ | 85062 | |
| Enbridge Gas (Questar Gas) | | 333 South State St | | Salt Lake City | UT | 84111 | |
| Epicor Software Corporation | | 807 Las Cimas Parkway, Ste. 400 | | Austin | TX | 78746 | |
| Equifax Information Services LLC | | 1550 Peachtree Street NW | | Atlanta | GA | 30309 | |
| Estate of Christopher Holowach | c/o David J. Langsam, Injury Law Partner | Attn: Patricia Bossone, as Administrator | 1628 JFK Blvd, Ste. 1302 | Philadelphia | PA | 19103 | |
| Estate of Christopher W. Hays | c/o Justin R. Kaufman, Durham, Pittard | Attn: Susan Patten, as Person Rep | 125 Lincoln Avenue, Ste. 402 | Santa Fe | NM | 87501 | |
| Estate of Julie Walter | c/o Francisco Martinez, Esq. | Attn: Robert and Ronald Walter, Personal Reps | 4949 S. Syracuse St., Ste. 400 | Denver | CO | 80237 | |
| Estate of Paul Jason Bongiorno | c/o Bartlett & Grippe LLC | Attn: Perry Buongiorno, Adminstrator | 219 S. Main St. | Cheshire | CT | 06410 | |
| Eupry Inc. | | 421 N. Harrington St., Ste. 340 | | Raleigh | NC | 27603 | |
| EuroDev B.V. | | Windmolen 22 | | Almelo | NN | 7609 | The Netherlands |
| Eurofins MTS Consumer Product Testing US | | 349 Lenox Street | | Norwood | MA | 02062 | |
| Executive Lead Group | | 2223 St Highland Dr, #E6 | | Salt Lake City | UT | 84106 | |
| FedEx Freight | | FedEx Lockbox 360353, Room 154-0455 | 500 Ross St | Pittsburgh | PA | 15262 | |
| Ferrero S.p.A. | c/o Amster, Rothstein & Ebenstein LLP | Attn: Chester Rothstein | 90 Park Avenue, 21st Floor | New York | NY | 10016 | |
| First Citizens Bank & Trust Company | | 4300 Six Forks Rd | | Raleigh | NC | 27602 | |
| First Insurance Funding | | 450 Skokie Blvd, Ste. 1000 | | Northbrook | IL | 60062 | |
| First Turn Operations, LLC | | 5835 Kreps Rd | | Clover | SC | 29710 | |
| Flexpak, LLC | | 1654 W 1250 S | | Woods Cross | UT | 84087 | |
| Florida Department of Revenue | | PO Box 6668 | | Tallahassee | FL | 32314-6668 | |
| Florida Office of the Attorney General | | The Capitol Pl?01 | | Tallahassee | FL | 32399 | |
| Fox Rothschild LLP | | 2001 Market St, Ste. 1700 | | Philadelphia | PA | 19103 | |
| Freedom Vapors | | 1568 W 800 S W 800 S Unit A | | Payson | UT | 84651 | |
| Fusion Imaging | | 1121 Flint Meadow Dr | | Kaysville | UT | 84037 | |
| Garner Health Technology | | 169 Madison Ave, Ste. 15492 | | New York | NY | 10016 | |
| Geer Gas Corp | | 1360 McKinley Ave | | Columbus | OH | 43222 | |
| Georgia Department of Revenue | | 2595 Century Parkway NE Suite 331 | | Atlanta | GA | 30345-3173 | |
| Georgia Department of Revenue | | PO Box 740321 | | Atlanta | GA | 30374-0321 | |
| Georgia Office of the Attorney General | | 40 Capitol Sq SW | | Atlanta | GA | 30334 | |
| Germer PLLC | Attn: Gregg R. Brown Principal, Molly Leighton | 550 Fannin St. #400 | | Beaumont | TX | 77701 | |

STRETTO

## Creditor Matrix
as of October 12, 2026

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| GKL Registered Agents of DE, Inc. | | 9 East Loockerman St., Ste. 311 | | Dover | DE | 19901 | |
| Globaltek Equipment LLC | | 7354 NW 35th Street | | Miami | FL | 33122 | |
| Green Wave Ingredients-Ingredients Onlin | | 500 S. Main St. #800 | | Orange | CA | 92868 | |
| Groovy Glassware - Smoke & Vape | | 102 S 4th St. | | Martins Ferry | OH | 43935 | |
| GS Distributors | | No Address on File | | | | | |
| Guest Bryant dba Scientific Consumables | | 9418 S Feulner Park Rd | | West Jordan | UT | 84081-6212 | |
| Harris Beach Murtha Attorney at Law | | 99 Garnsey Rd | | Pittsford | NY | 14534 | |
| Hawaii Department of Taxation | | 75 Aupuni Street #101 | | Hilo | HI | 96720-4245 | |
| Hawaii Office of the Attorney General | | 425 Queen St | | Honolulu | HI | 96813 | |
| Hennessey Performance | | 9281 SW I-10 Frontage Rd | | Sealy | TX | 77474 | |
| HGR Packaging Inc. | fka Full House Wholesale | 1104 W. Maple Rd | | Troy | MI | 48084 | |
| Huckabuy Inc. | | 2700 Homestead Rd., Ste. 120D | | Park City | UT | 84098 | |
| Idaho Office of the Attorney General | | 700 W Jefferson St, Suite 210 | | Boise | ID | 83720 | |
| Idaho State Tax Commission | Collection Division | PO Box 36 | | Boise | ID | 83722-0410 | |
| Illinois Department of Revenue | | 101 West Jefferson St | Willard Ice Building | Springfield | IL | 62702 | |
| Illinois Office of the Attorney General | | 100 W Randolph St | James R. Thompson Center | Chicago | IL | 60601 | |
| Improving - Ohio | | 330 Rush Alley, Ste. 150 | | Columbus | OH | 43215 | |
| Indiana Department of Revenue | | 100 N. Senate Ave | | Indianapolis | IN | 46204 | |
| Influx, Inc. | | 8605 Santa Monica Blvd. #63484 | | West Hollywood | CA | 90069-4109 | |
| Inline Filing Systems | | 2606 51st Avenue East, Unit 113 | | Palmetto | FL | 34221 | |
| Intercom Inc. | | 55 2nd St, 4th Fl | | San Francisco | CA | 94105 | |
| Intermountain Lift Truck | | 2530 West 1500 South | | Salt Lake City | UT | 84104 | |
| Internal Revenue Service | Attn: Bankruptcy Department | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Iowa Department of Revenue | | 1305 E. Walnut | Hoover State Office Building, 4th Fl | Des Moines | IA | 50319 | |
| Iowa Office of the Attorney General | | 1305 E Walnut St, Room 109 | Hoover State Office Building | Des Moines | IA | 50319 | |
| IPFS Corp | | 1055 Broadway Blvd, 11th Fl | | Kansas City | MO | 64105 | |
| IPM Compression LLC | | 3331 St 300 West | | Salt Lake City | UT | 84115 | |
| J&M Distributors, Inc. | | 310 W. Dickson Street, Suite 205 | | Fayetteville | AR | 72701 | |
| Jacob Law | | 2623 West Oxford Loop | | Oxford | MS | 38655 | |
| Jamil Abbushi | c/o Castle Law: CA Employment Counsel | Attn: Timothy B. Del Castillo | 2999 Douglas Blvd., Ste. 180 | Roseville | CA | 95661 | |
| JOCOR Distro | | 330 Sand Island Access Rd. #400 | | Honolulu | HI | 96819 | |
| Jordi C. Martinez-Cid | c/o Martinez-Cid Law | 2525 Ponce de Leon Blvd., 7th Fl | | Miami | FL | 33134 | |
| JPMorgan Chase Bank, N.A. | | 270 Park Ave | | New York | NY | 10017 | |
| K&R Consulting | | 8711 Windsor Parkway, Ste. 1 | | Johnston | IA | 50131 | |
| Kansas Department of Revenue | | 120 SE 10th Ave. | Scott State Office Building | Topeka | KS | 66612-1588 | |
| Kansas Office of the Attorney General | | 120 SW 10th Ave, 2nd Floor | | Topeka | KS | 66612 | |
| Keegan and Donato Consulting LLC | | 31 Purchase Street | | Rye | NY | 10580 | |
| Kentucky Department of Revenue | | 501 High Street | | Frankfort | KY | 40601 | |
| Kentucky Office of the Attorney General | | 700 Capitol Ave, Suite 118 | Capitol Building | Frankfort | KY | 40601 | |
| Kentucky Secretary of State | | 700 Capital Ave, Ste. 152 | | Frankfort | KY | 40601 | |
| Keyence Corp of America | | 669 River Drive Ste 403 | | Elmwood Park | NJ | 07407 | |
| Kinex Cappers | | 6B Columbia Drive | | Amherst | NH | 03031 | |
| Less Doing | | 188 Jefferson Road | | Princeton | NJ | 08540 | |
| Leydig, Voit & Mayer, Ltd. | | 180 N. Stetson Ave, Ste. 4900 | | Chicago | IL | 60601-6745 | |
| Limble Solutions, Inc. | | 3290 W Mayflower Ave | | Lehi | UT | 84043 | |
| Linear 1 Technologies LLC | | 5131 Post Rd., Ste. 310 | | Dublin | OH | 43017 | |
| LinkedIn | | 1000 W. Maude Avenue | | Sunnyvale | CA | 94085 | |
| Locate it Direct | | 371 Hoes Lane, Ste. 200 | | Piscataway | NJ | 08854 | |
| Lonza Greenwood LLC (Capsugel Holdings) | | 535 North Emerald Rd | | Greenwood | SC | 29646 | |
| Luis Reinaldo Angulo Vega | | No Address on File | | | | | |
| Mad Global Strategy, LLC | | 57 S Fullerton Ave, Unit #2 | | Montclair | NJ | 07042 | |
| Madhouse Gym | | 1338 Veterans Memorial Hwy SW #110 | | Mableton | GA | 30126 | |
| Maine Office of the Attorney General | | 6 State House Station | | Augusta | ME | 04333 | |
| Maine Revenue Services | | PO Box 9107 | | Augusta | ME | 04332-9107 | |
| Maria Moorhead | c/o Jennifer M. French, APC | 1050 University Ave, Ste. E107-80 | | San Diego | CA | 92103 | |
| Markel Service, Incorporated | | 4521 Highwoods Pkwy | | Glen Allen | VA | 23060 | |
| Maryland Office of the Attorney General | | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| Massachusetts Department of Revenue | | 200 Arlington St. | | Chelsea | MA | 02150 | |

STRETTO

# Creditor Matrix
as of October 12, 2026

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| MasterControl Solutions, Inc. | | 6350 S 3000 E | | Salt Lake City | UT | 84121 | |
| Matt Schramm | | 1077 S 1675 W | | Orem | UT | 84059 | |
| Mazuma Capital Group | | 274 West 12300 South | | Draper | UT | 84020 | |
| Meadow Expressions LLC | | 390 W Main St | | Lehi | UT | 84043 | |
| Michael Clemons | c/o The702Firm Injury Attorneys | Attn: Michael C. Kane | 8335 W. Flamingo Road | Las Vegas | NV | 89147 | |
| Michigan Department of Treasury | | 3060 W. Grand Blvd. | | Detroit | MI | 48202 | |
| Michigan Office of the Attorney General | | 525 W Ottawa St, 7th Floor | G. Mennen Williams Building | Lansing | MI | 48933 | |
| Midnight Market & Smoke | | 323 N Main St, Ste. 202 | | Tooele | UT | 84074 | |
| Miner, Ltd. | | 17319 San Pedro, Ste. 500 | | San Antonio | TX | 78232 | |
| Minnesota Department of Revenue | | 600 North Robert St | | St. Paul | MN | 55101 | |
| Minnesota Office of the Attorney General | | 445 Minnesota St, Suite 1400 | | St. Paul | MN | 55101 | |
| Mississippi Department of Revenue | | 500 Clinton Center Drive | | Clinton | MS | 39056 | |
| Mississippi Department of Revenue | | PO Box 23338 | | Jackson | MS | 39225-3338 | |
| Mississippi Office of the Attorney General | | 550 High St, Suite 1200 | Walter Sillers Building | Jackson | MS | 39201 | |
| Missouri Department of Revenue | | 301 West High Street | Harry S Truman State Office Building | Jefferson City | MO | 65101 | |
| Missouri Office of the Attorney General | | 207 W High St | Supreme Court Building | Jefferson City | MO | 65101 | |
| Modrall Sperling | | 500 Fourth Street NW, Ste. 1000 | PO Box 2168 | Albuquerque | NM | 87103-2168 | |
| Montana Department of Revenue | | PO Box 8108 | | Helena | MT | 59604-8018 | |
| Montana Office of the Attorney General | | 215 N Sanders, 3rd Floor | Justice Building | Helena | MT | 59601 | |
| Mountain Alarm Fire & Security | | 746 N 400 W | | Orem | UT | 84057 | |
| Mountain America Credit Union | | 9800 S Monroe St | | Sandy | UT | 84070 | |
| Mountain Service Distributors | | 40 Lake St. | | South Fallsburg | NY | 12779 | |
| Natural American Goods LLC | (dba Sweet Harvest Foods) | 515 Cannon Industrial Blvd. | | Cannon Falls | MN | 55009 | |
| Nebraska Department of Revenue | | 301 Centennial Mall S. | Nebraska State Office Building | Lincoln | NE | 68508 | |
| Nebraska Office of the Attorney General | | 2115 State Capitol | | Lincoln | NE | 68509 | |
| Nelson Jameson Inc. | | 3200 S. Central Ave | | Marshfield | WI | 54449 | |
| Neogen Corporation | | 620 Lesher Place | | Lansing | MI | 48912 | |
| Nepa 2 Wholesale | | 3220 45th St. | | West Palm Beach | FL | 33407 | |
| Nevada Department of Taxation | | 1550 College Parkway, Suite 115 | | Carson City | NV | 89706 | |
| Nevada Department of Taxation | | 500 East Third Street | | Carson City | NV | 89713-0030 | |
| Nevada Office of the Attorney General | | 100 N Carson St | Old Supreme Court Building | Carson City | NV | 89701 | |
| New Hampshire Department of Revenue Administration | | 109 Pleasant Street | Governor Hugh Gallen State Office Park | Concord | NH | 03301 | |
| New Hampshire Office of the Attorney General | NH Department of Justice | 33 Capitol St | | Concord | NH | 03301 | |
| New Jersey Division of Taxation | Revenue Processing Center | PO Box 281 | | Trenton | NJ | 08695-0281 | |
| New Jersey Division of Taxation | Revenue Processing Center | PO Box 666 | | Trenton | NJ | 08646-0666 | |
| New Jersey Office of the Attorney General | | 25 Market St 8th Floor, West Wing | Richard J. Hughes Justice Complex | Trenton | NJ | 08611 | |
| New Mexico Office of the Attorney General | | 408 Galisteo St | Villagra Building | Santa Fe | NM | 87501 | |
| New Mexico Taxation and Revenue Department | | 1100 South St. Francis Drive | | Sante Fe | NM | 87504 | |
| New York Office of the Attorney General | | The Capitol | | Albany | NY | 12224 | |
| New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | Albany | NY | 12205-0300 | |
| Next Level Sports Nutrition, LLC | | 2115 S Hurstbourne Pkwy | | Louisville | KY | 40220 | |
| Nielsen Comsumer IQ | | 200 West Jackson Blvd. | | Chicago | IL | 60606 | |
| NJ Imports | | 3301 Fern Valley Rd | | Louisville | KY | 40213 | |
| North Carolina Department of Revenue | | PO Box 871 | | Raleigh | NC | 27602 | |
| North Carolina Office of the Attorney General | | 114 W Edenton St | | Raleigh | NC | 27603 | |
| North Dakota Office of State Tax Commissioner | | 600 E. Boulevard Ave. | | Bismarck | ND | 58505-0599 | |
| North Dakota Office of the Attorney General | | 600 E Boulevard Ave, Dept. 125 | State Capitol | Bismarck | ND | 58505 | |
| Novo Wholesale | | 170 Jacob Ln | | Myrtle Beach | SC | 29579 | |
| Nu Wave Botanicals | | 206 Main St., Ste. B | | Spring | TX | 77373 | |
| Office of the U.S. Trustee for the District of Delaware | Attn: Jane Leamy | 844 King St, Suite 2207 | | Wilmington | DE | 19801 | |
| OFS Interiors LLC | | 4753 Holladay Blvd. | | Salt Lake City | UT | 84117 | |
| Ohio Bureau of Workers Compensation | | 30 W. Spring St. | | Columbus | OH | 43215-2256 | |
| Ohio Department of Taxation | | 4485 Northland Ridge Blvd. | | Columbus | OH | 43229 | |
| Ohio Department of Taxation | | PO Box 530 | | Columbus | OH | 43216-0530 | |
| Ohio Office of the Attorney General | | 30 E Broad St, 14th Floor | State Office Tower | Columbus | OH | 43215 | |
| Oklahoma Office of the Attorney General | | 313 NE 21St St | | Oklahoma City | OK | 73105 | |
| Oklahoma Tax Commission | | 2501 North Lincoln Boulevard | | Oklahoma City | OK | 73194 | |
| One Love | | 2818 W Eisenhower Blvd | | Loveland | CO | 80537 | |

STRETTO

**Creditor Matrix**
as of October 12, 2026

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Oregon Department of Revenue | | 955 Center St NE | | Salem | OR | 97301-2555 | |
| Oregon Department of Revenue | | PO Box 14730 | | Salem | OR | 97309-0464 | |
| Oregon Office of the Attorney General | | 1162 Court St NE | | Salem | OR | 97301 | |
| Oxy Health | | 10719 Norwalk Blvd | | Santa Fe Springs | CA | 90670 | |
| Parsons Behle & Latimer | Attn: Pat Neville, Erik A. Christiansen, Karen Rubino | 201 South Main St., Ste. 1800 | | Salt Lake City | UT | 84111 | |
| Paul Revere Strategies | | 7350 West Willadsen Road | | Rathdrum | ID | 83858 | |
| Peak Alarm Company | | 1534 South Gladiola Street | | Salt Lake City | UT | 84104 | |
| Pearagon LLC | | 4431 W Iron Mountain Dr | | South Jordan | UT | 84009 | |
| Pennsylvania Department of Revenue | | 1 Revenue Place | | Harrisburg | PA | 17129-0001 | |
| Pennsylvania Department of Revenue | | 1846 Brookwood St | | Harrisburg | PA | 17104 | |
| Pennsylvania Office of the Attorney General | | Strawberry Square, 16th Floor | | Harrisburg | PA | 17120 | |
| Phresh Picks Distribution, Inc. | | 1301 Cuesta Arriba Ct NE | | Albuquerque | NM | 87113 | |
| Pre-Paid Legal Services (dba LegalShield | | 1 Pre-Paid Way | | Ada | OK | 74820 | |
| Price Lone Peak Business Park West, LLC | Attn: Amy Billings- Controller Price Real Estate; Tom Klc, CFO | 230 East South Temple | | Salt Lake City | UT | 84111 | |
| Price Lone Peak Company, LLC | Attn: J. Steven Price, Manager | 230 East South Temple | | Salt Lake City | UT | 84111 | |
| Price Lone Peak Matterhorn, LLC | | 230 East South Temple | | Salt Lake City | UT | 84111 | |
| Price Lone Peak West, LLC | Attn: J. Steven Price, Manager | 230 East South Temple | | Salt Lake City | UT | 84111 | |
| Price Lone Peak West, LLC - Denali | | 230 East South Temple | | Salt Lake City | UT | 84111 | |
| Primo Brands (BlueTriton Brands, Inc.) | | 1150 Assembly Drive, Ste. 800 | | Tampa | FL | 33607 | |
| Pure Muscle Athletes | | No Address on File | | | | | |
| Quench | | 630 Allendale Rd, Ste. 200 | | King of Prussia | PA | 19406 | |
| Quorum Analytics, LLC | | 1001 G St NW | | Washington | DC | 20001 | |
| Red Dawn | | No Address on File | | | | | |
| REF Leasing Co, Inc. | | 245 E North Ave | | Carol Stream | IL | 60188-2021 | |
| Refinery Project Management | | 75 Ash Street | | Denver | CO | 80220 | |
| Republic Services of Utah | | 675 Gladiola St. | | Salt Lake City | UT | 84104-4414 | |
| Revco Leasing Company | | 3244 South 300 West | | Salt Lake City | UT | 84115 | |
| Revolution Print and Packaging LLC | | 625 N 2800 W, Ste. 600 | | Lindon | UT | 84042 | |
| Rho Business Banking in partnership with Webster Bank, a division of Santander Bank, N.A. | Attn: Peter M. Gabriel | 200 Elm St | | Stamford | CT | 6901 | |
| Rhode Island Division of Taxation | | One Capital Hill | | Providence | RI | 02908 | |
| Rhode Island Office of the Attorney General | | 150 S Main St | | Providence | RI | 02903 | |
| Rise Exhibits & Environments | | 2475 S 3200 W, Ste. A | | Salt Lake City | UT | 84119 | |
| Robert Half | Attn: Preston Johnson | 2884 Sand Hill Rd., Ste. 200 | | Menlo Park | CA | 94025 | |
| RocketGate PR LLC | | 425 Carr 693 PMB 260 | | Dorado | PR | 646 | |
| Rocky Mountain Advisory LLC | | 15 W South Temple, Ste. 500 | | Salt Lake City | UT | 84101 | |
| Rocky Mountain Power | | 1407 W North Temple | | Salt Lake City | UT | 84116 | |
| Rocky Mountain Power | | PO Box 26000 | | Portland | OR | 97256-0001 | |
| Rolls Royce Motor Cars Austin | | 12989 N Highway 183, Bldg. B | | Austin | TX | 78750 | |
| Rowdy Badgett-Hays | c/o Durham, Pittard & Spalding, L.L.P. | Attn: Justin R. Kaufman | 125 Lincoln Avenue, Ste. 402 | Santa Fe | NM | 87501 | |
| Royal Cash & Carry | | 5400 E Truman Rd. | | Kansas City | MO | 64127 | |
| Rylie Badgett-Hays | c/o Durham, Pittard & Spalding, L.L.P. | Attn: Justin R. Kaufman | 125 Lincoln Avenue, Ste. 402 | Santa Fe | NM | 87501 | |
| S&S Flavors | | 2951 Enterprise Street | | Brea | CA | 92821 | |
| S.S.P. Inc. dba Jorgenson Companies | | 2895 South 300 West | | Salt Lake City | UT | 84115 | |
| Saia Motor Freight Line LLC | | 11465 Johns Creek Parkway, Ste. 400 | | Duluth | GA | 30097 | |
| Salt Lake City Motorcars LLC | | 1231 W South Jordan Pkwy | | South Jordan | UT | 84095 | |
| Sara Badgett-Hays | c/o Durham, Pittard & Spalding, L.L.P. | Attn: Justin R. Kaufman | 125 Lincoln Avenue, Ste. 402 | Santa Fe | NM | 87501 | |
| Seattle Organics Kratom Shop | | 13754 Aurora Ave N | | Seattle | WA | 98133 | |
| Secretary of State | Division of Corporations | 401 Federal Street - Ste. 4 | John G. Townsend Bldg. | Dover | DE | 19901 | |
| Securities & Exchange Commission | Attn: Antonia Apps, Regional Director | 100 Pearl St., Ste. 20-100 | | New York | NY | 10004 | |
| Securities & Exchange Commission | Attn: Bankruptcy Department | 100 F Street, NE | | Washington | DC | 20549 | |
| Sema International Wholesale | | 9601 Humboldt Ave S | | Minneapolis | MN | 55431 | |
| Shanghai Target Industry Company Limited | | 100 Qianqiao Rd, Fengxian | | Shanghai | | 2014 | China |
| ShipHero | | 55 W Railroad Ave, Bldg 4 | | Garnerville | NY | 10923 | |
| ShipPlug | c/o Martinez-Cid Law | Attn: Jordi C. Martinez-Cid | 2525 Ponce de Leon Blvd., 7th Fl | Miami | FL | 33134 | |
| ShipPlug.com, Inc. | Attn: Nicholas DiNatale | 936 S.W. 1st Ave, Unit 224 | | Miami | FL | 33130 | |

STRETTO

## Creditor Matrix

as of October 12, 2026

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Signature Aviation | | 303 N. 2370 W. Ste. 100 | | Salt Lake City | UT | 84116 | |
| Skoubye Nielson & Johansen, LLC | | 999 E. Murray Holladay Rd, Ste. 200 | | Salt Lake City | UT | 84117 | |
| SLMC, Ltd. | | 5131 Post Rd., Ste. 100 | | Dublin | OH | 43017 | |
| Smoke Signals Pipe and Tobacco Shop | | 291 Central Ave | | Dover | NH | 03820 | |
| South Carolina Department of Revenue | | 300A Outlet Pointe Boulevard | | Columbia | SC | 29210 | |
| South Carolina Office of the Attorney General | | 1000 Assembly St, Room 519 | Rembert C. Dennis Bldg | Columbia | SC | 29201 | |
| South Dakota Department of Revenue | | 445 East Capitol Ave | | Pierre | SD | 57501-3185 | |
| South Dakota Office of the Attorney General | | 1302 E Hwy 14, Suite 1 | | Pierre | SD | 57501 | |
| Specialist Staffing Solutions, Inc. | c/o Adams, Evens & Ross | Attn: Samantha Cole Vinsant | 222 W. Adams St., Ste. 2450 | Chicago | IL | 60606 | |
| Spectrum Intermediate | | 12278 S Lone Peak Pkwy, Ste. 106 | | Draper | UT | 84020 | |
| Sprout Social, Inc. | | 131 S Dearborn St., Ste. 700 | | Chicago | IL | 60603 | |
| SS Ventures Royalty | | 380 West Lawn Dale | | Salt Lake City | UT | 84115 | |
| State of Connecticut | Department of Revenue Services | 450 Columbus Blvd., Ste. 1 | | Hartford | CT | 06103 | |
| Stockholm Blue Inc. | | 1250 Harter Ave, Ste. A1 | | Woodland | CA | 95776 | |
| StonyLab Inc. | | 106 Lake Avenue South, Unit 2 | | Nesconset | NY | 11767 | |
| Synergy Professional Associates, Inc. | | 100 Passaic Ave | Ste 145 | Fairfield | NJ | 07004 | |
| Tanner, LLC | | 36 S State St., Ste. 600 | | Salt Lake City | UT | 84111 | |
| Tennessee Department of Revenue | Collection Services Division | 500 Deaderick Street | | Nashville | TN | 37242 | |
| Tereasa Powell | | 8855 S 1205 E | | Sandy | UT | 84094 | |
| Texas Comptroller of Public Accounts | | 111 E. 17th Street | | Austin | TX | 78774 | |
| Texas Comptroller of Public Accounts | | PO Box 13528 | Capitol Station | Austin | TX | 78711-3528 | |
| Texas Office of the Attorney General | | 300 W 15th St | | Austin | TX | 78701 | |
| The Gibson Law Firm | Attn: Jason A. Gibson PC | 3701 Kirby Drive, Suite 101 | | Houston | TX | 77098 | |
| The Green Dragon CBD | | 14856 Clayton Rd | | Chesterfield | MO | 63017 | |
| The Kaplan Group | | 154 Addie Street | | Pismo Beach | CA | 93449 | |
| The Nutritions Store LLC | | 1398 Boiling Springs Rd | | Spartanburg | SC | 29303 | |
| The Predivtive Index | | 101 Station Drive | | Westwood | MA | 02090 | |
| The Ragnar Group, LLC | | 8401 Maryland Drive, Ste. 4766 | | Henrico | VA | 23294 | |
| The RV Shop | | 14340 S Choctaw Ext. | | Baton Rouge | LA | 70819 | |
| The USG | | 550 W Adams Streeet | | Chicago | IL | 60661-3676 | |
| Towlift | | PO Box 674601 | | Dallas | TX | 75267 | |
| Trademark Lawyer Law Firm, PLLC | | 3300 Washtenaw Ave, 2nd Fl #277 | | Ann Arbor | MI | 48104 | |
| Trisura Specialty Insurance | | 210 Park Ave | Ste 1300 | Oklahoma City | OK | 73102 | |
| U.S. Attorney's Office, District of DE | | 1313 N Market St., PO Box 2046 | Hercules Building, U.S. | Wilmington | DE | 19801 | |
| Uinta Technologies | | PO Box 489 | | Draper | UT | 84020 | |
| Uline | | 12575 Prairie | | Pleasant Prairie | WI | 53158 | |
| Unique Distributors Inc. | | 10413 Saint Charles Rock Rd | | Saint Ann | MO | 63074 | |
| Univar Solutions USA Inc. | | 3250 Lacey Rd, Ste. 600 | | Downers Grove | IL | 60515 | |
| Unlimited Lift Repair Inc. | | 233 W 590 N | | Layton | UT | 84041 | |
| UPS | | 55 Glenlake Parkway NE | | Atlanta | GA | 30328 | |
| Upsender LLC | | 18 Loch Loyalty Court | | Penfield | NY | 14526 | |
| Utah Office of the Attorney General | | 350 N State St, Suite 230 | Utah State Capitol Complex | Salt Lake City | UT | 84114 | |
| Utah Scale Center | | 199 W Cottage Ave | | Sandy | UT | 84070 | |
| Utah State Tax Commission | | 210 North 1950 West | | Salt Lake City | UT | 84134-0700 | |
| Utah State Tax Commission | | 210 North 1950 West | | Salt Lake City | UT | 84134 | |
| Valcom Salt Lake City | | 852 E Arrowhead Lane | | Salt Lake City | UT | 84107 | |
| Valley Janitorial LLC | | 1530 N 2260 W | | Lehi | UT | 84043-3040 | |
| Venable LLP | Attn: Matthew W.J. Webb, Cristin L. Fasciano, Accounts Payable | 1144 15th St., Ste. 3600 | | Denver | CO | 80202 | |
| Vestis | | 1035 Alpharetta Street, Ste. 2100 | | Roswell | GA | 30075 | |
| Viable Alternatives LLC | | 9400 W Fairview Ave, Ste. 100 | | Boise | ID | 83704 | |
| Videojet | | 1500 Mittel Blvd. | | Wood Dale | IL | 60191 | |
| Virginia Department of Taxation | | 1957 Westmoreland Street | | Richmond | VA | 23230 | |
| Virginia Office of the Attorney General | | 202 N Ninth St | | Richmond | VA | 23219 | |
| Wasatch Pallet Utah LLC | | 698 West 1000 North | | Spanish Fork | UT | 84660 | |
| Washington Office of the Attorney General | | 1125 Washington St SE | | Olympia | WA | 98501 | |
| Washington State Department of Revenue | | PO Box 47473 | | Olympia | WA | 98504-7463 | |
| Waste Management | | 800 Capitol Street, Ste. 3000 | | Houston | TX | 77002 | |

STRETTO

**Creditor Matrix**
as of October 12, 2026

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Water Specialities, Inc. | | 4118 South 500 West | | Muray | UT | 84123 | |
| Water Star USA | | 4476 South Century Drive, Ste. D | | Murray | UT | 84123 | |
| Wells Fargo Bank | | 333 Market Street | | San Francisco | CA | 94105 | |
| West Virginia Office of the Attorney General | State Capitol | 1900 Kanawha Blvd E Bldg 1, Room E-26 | | Charleston | WV | 25305 | |
| West Virginia Tax Division | | 1001 Lee Street East | | Charleston | WV | 25311 | |
| West Virginia Tax Division | | 1124 Smith Street | | Charleston | WV | 25301 | |
| Western States Calibration, Inc. | | 105 W 2950 S | | Salt Lake City | UT | 84115 | |
| Wisconsin Department of Revenue | | PO Box 8949 | | Madison | WI | 53713 | |
| Workers Compensation Board New York | | 328 State Street | | Schenectady | NY | 12305-2318 | |
| Wyoming Department of Revenue | | 122 West 25th Street, 3rd Floor E. | | Cheyenne | WY | 82002-0110 | |
| Wyoming Office of the Attorney General | | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 | |
| Zev Citrom | | No Address on File | | | | | |